# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 22, 2024
Lyle W. Cayce
Clerk

No. 23-60616

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, *Administrator of* THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. EPA-R06-OAR-2022-0309

_____

ORDER:

    IT IS ORDERED that Respondents' opposed motion for voluntary remand to the Environmental Protection Agency is GRANTED; the EPA's disapproval of Texas's SIP is VACATED.

                      LYLE W. CAYCE, CLERK
                      United States Court of Appeals
                         for the Fifth Circuit
                          /s/ Lyle W. Cayce

No. 23-60616

ENTERED AT THE DIRECTION OF THE COURT